NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLLAND MARSHALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-4778, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Rolland Marshall moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

SEP 2 4 2012                          /s/ Jan Horbaly
Date                                  Jan Horbaly
                                      Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Shari A. Rose, Esq.

s21

Issued As A Mandate:    SEP 2 4 2012


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK